UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA LANE,

    Plaintiff,	No. 13-14708

v.	District Judge Lawrence P. Zatkoff
    Magistrate Judge R. Steven Whalen

MARCOLIN USA, INC.,

    Defendant.
_____ /

## ORDER

For the reasons stated on the record on April 15, 2014, Defendant's Motion for Protective Order [Doc. #12] is DENIED.

IT IS SO ORDERED.

Dated: April 15, 2014	s/R. Steven Whalen
    R. STEVEN WHALEN
    UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 15, 2014, electronically and/or by U.S. Mail.

    s/Michael Williams
    Case Manager for the
    Honorable R. Steven Whalen